UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                       Case No. 3:24-cr-3

vs.

DESMOND PERYMON,                            District Judge Michael J. Newman

    Defendant.
_____

**SCHEDULING ORDER**
_____

    This criminal case is before the Court following Defendant's arraignment on January 16, 2024. The parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 and have filed a notice and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **March 26, 2024**. Doc. No. 17.

    Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Rule 16 discovery deadline: | **January 26, 2024** |
| Motion filing deadline: | **February 23, 2024** |
| Status report deadline: | **March 15, 2024** |
| Jury trial: | **March 21, 2024 at 9:30 A.M.** |

    The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

    Counsel for both sides are **ADVISED** that, if any Defendant wishes to change his or her plea (*i.e.*, plead guilty) in the future, the parties shall file the joint motion attached as an appendix to this scheduling order. Pursuant to Fed. R. Crim. P. 11, the Court shall not participate in plea

negotiations and takes no position on whether a defendant changes his or her plea. *See* Fed. R. Crim. P. 11(c)(1).

    **IT IS SO ORDERED.**

| January 24, 2024 | s/Michael J. Newman |
|---|---|
| | Hon. Michael J. Newman |
| | United States District Judge |