UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case No. 3:24-cr-3

vs.

DESMOND L. PERYMON,                District Judge Michael J. Newman
                                                          Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

### ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 31); AND (2) GRANTING THE JOINT MOTION FOR A CHANGE OF PLEA HEARING (Doc. No. 27)

---

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Desmond L. Perymon's guilty plea. Doc. No. 31. There being no objections, the Court **ADOPTS** the report and recommendation in full. The Court accepts Defendant's plea of guilty to count 1 of the superseding Indictment currently pending against him and finds him guilty as charged of felon in possession of a firearm that moved in interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). *See* Doc. Nos. 4, 31. The Court also **GRANTS** the parties' joint motion for a change of plea hearing (Doc. No. 27). The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

   August 22, 2024                                       s/Michael J. Newman
                                                               Hon. Michael J. Newman
                                                               United States District Judge